UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| AMBER LESHER, | CASE NO. C17-531RSM |
| Plaintiff, | ORDER GRANTING IN PART THE STIPULATED JOINT MOTION FOR EXTENSION OF DEADLINES FOR CROSS-MOTIONS AND SETTING A NEW BRIEFING SCHEDULE |
| v. | |
| AETNA LIFE INSURANCE COMPANY, | |
| Defendant. | |

This matter comes before the Court on the parties' Stipulated Joint Motion for Extension of Deadlines for Cross-Motions. Dkt. #11. The parties seek an extension to the existing briefing schedule for dispositive motions to allow for continued good faith discussions. *Id.* The Court finds good cause to extend the briefing schedule. However, the parties' stipulated briefing dates are not consistent with Local Rule CR 7(d)(3).

Accordingly, the Court hereby GRANTS the parties' Stipulated Joint Motion for Extension of Deadlines for Cross-Motions and SETS the following briefing schedule for dispositive motions:

| | |
|---|---|
| Opening briefs on cross-motions due: | March 23, 2018 |
| Response briefs due: | April 6, 2018 |
| Reply briefs due: | April 13, 2018 |

DATED this 13 day of February, 2018.

RICARDO S. MARTINEZ
CHIEF UNITED STATES DISTRICT JUDGE

ORDER – 1