UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| AMBER LESHER,<br><br>　　　　　　　　Plaintiff,<br><br>v.<br><br>AETNA LIFE INSURANCE COMPANY,<br><br>　　　　　　　　Defendant. | Case No. C17-531 RSM<br><br>**STIPULATED MOTION AND ORDER OF DISMISSAL WITH PREJUDICE** |

In accordance with their settlement, Plaintiff Amber Lesher and Defendant Aetna Life Insurance Company hereby stipulate that this action has been fully resolved and respectfully ask the Court to dismiss this lawsuit and all claims with prejudice and without an award of fees or costs.

DATED: April 6, 2018

| J. CUNNANE LAW OFFICE | LANE POWELL PC |
|---|---|
| *s/ Joseph Cunnane*<br>(per e-mail authorization)<br>Joseph Cunnane, WSBA #25360<br>100 2nd Ave S. #210<br>Edmonds, WA 98020<br>joe@cunnanelaw.com | *s/ David Howenstine*<br>David W. Howenstine, WSBA #41216<br>1420 Fifth Avenue, Suite 4200<br>Seattle, WA 98111-9402<br>howenstined@lanepowell.com |
| Attorneys for Plaintiff | Attorneys for Defendant |

STIPULATED MOTION AND ORDER OF DISMISSAL WITH PREJUDICE
(Case No. 2:17-CV-00531-RSM) - 1

005583.0218/7263993.1

**LANE POWELL PC**
1420 FIFTH AVENUE, SUITE 4200
P.O. BOX 91302
SEATTLE, WA 98111-9402
206.223.7000 FAX: 206.223.7107

**ORDER**

Having reviewed the parties' joint stipulated motion for dismissal with prejudice, the Court GRANTS the motion in its entirety and ORDERS that this lawsuit and all claims are hereby DISMISSED with prejudice and without an award of fees or costs.

DATED this 11th day of April 2018.

_____
RICARDO S. MARTINEZ
CHIEF UNITED STATES DISTRICT JUDGE

STIPULATED MOTION AND ORDER OF DISMISSAL WITH PREJUDICE
(Case No. 2:17-CV-00531-RSM) - 2
005583.0218/7263993.1

**LANE POWELL PC**
1420 FIFTH AVENUE, SUITE 4200
P.O. BOX 91302
SEATTLE, WA 98111-9402
206.223.7000 FAX: 206.223.7107